In re HEATHERTON. (Supreme Court, Appellate Division, Second Department. January

29, 1904.) In the matter of the application of Carolyn Dancel Heatherton for a compulsory judicial settlement of the account of the proceedings of Christian Dancel and another, as administrators, etc., of Christian Dancel, deceased. No opinion. Motion to resettle order granted, and order resettled.